Civil Action No. 3:23cv878

United States District Court
Eastern District Of Virginia

F I L E D
DEC 2 8 2023
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

Benjamin Carter #1591524
V.

Trenton Greene. (sued in his Individual and
Official Capacities)

COMPLAINT

A. Jurisdiction and Venue.

1. This is a Civil Action authorized by 42 U.S.C. §1983
to redress the deprivation, under color of state law, of
rights secured by the Constitution of the United
States.

2. The Eastern District Of Virginia is an appropriate
venue under 28 U.S.C. §1391 (b)(2) because it is
where the events giving rise to this claim occured.

B. Plaintiff

1. Benjamin Carter #1591524 is and was at all times
a prisoner at Sussex 1 State Prison (SX1) mentioned
herein this complaint.

C. Defendant

pg# 1 of 10

1. Trenton Greene is, and was at all times mentioned herein, a corrections officer (c/o) employed at SX1 who held the rank of lieutenant (Lt.).

D. <u>Facts</u>

1. I was sentenced to serve a 9 year sentence in the Department Of Corrections in April 2018 for an alleged crime in the commonwealth.

2. I was transferred to SX1 From Sussex II State Prison (SXII) on June 22, 2022 and placed in Housing Unit (HU) 3-A, where Trenton Greene (Referred to as "Greene.") was the HU Lt.

3. Upon arriving in HU 3A, Greene would consistently come to my cell door and stare at me for roughly 20-30 seconds at a time, between 10-20 times a day, specifically looking at my genital area.

4. I finally built the Courage to say to him that I wasn't "interested in him" and to stop coming to my cell to look at my "genital area" while I was cleaning my cell on June 28, 2022, and Greene threatend to give me a charge to have my T.V. taken away and

pg #2 of 10

IM-2 privileges I had worked nearly three years to have.

5. I immediately wrote out a Regular Grievance per to Operating Procedure 866.1 (OP866.1) that day reporting the incident of Greene's sexual harassment, verbal threats, and only requested to be seperated from Greene due to his sexual advances unwanted towards me" per PREA (Prison Rape Elimination Act), and placed it in the mail that night (Protected Conduct).

6. On June 29, 2022, my Grievance was received that morning and logged by SX1 against him. see Grievance No. SX1-22-Reg-00032

7. Later that morning on the 29th, Greene came back to my cell and in retaliation said boldly to me "let me see your penis" in a whispering tone and I immediately yelled "Get the fuck outta here man. I'm not showing you my penis dogg. You trippin" and Greene immediately ran away from my cell once he realized that other people would here me telling him "No", and Greene also said he had "seen my dick swinging in the shower"

earlier that morning.

8. I immediately filed another Grievance per. OP866.1 of Greene's sexual unwanted advances to me on the 29th (Protected Conduct). see Grievance No. SX1-22-Reg-00034

9. On June 30, 2022, as I was being taken out of my cell for my Institutional Classification Authority (ICA) Review, Greene was one of the roughly five officers present when Greene continued to "stare" at my genital area as the other officers applied the restraints on me. and they allowed me to turn around to avoid having Greene blanketly staring at my genital area fully clothed in front of the other staff.

10. Greene then come to my cell once I was put into a cell w/ a shower used for Death Row inmates and had my T.V. taunting me w/ it and said he was "going to see my dick now" because there was a shower in the cell.

11. That night 1 then filed another Grievance

pg # 4 of 10

per. OP866.1 of the sexual harrassment of Greene on the 30th. see Grievance No. SX1-22-Reg-00035 (Protected Conduct)

12. All 3 of my Grievances pending against Greene were appealed to the Eastern Region Administrator for VDOC (Virginia Dep't. Of Corr.) and was pending investigations still in July of 2022.

13. On August 4, 2022, I had a medical appointment w/ the SX1 Nurse Practitioner about my injured rotator cuff and had to be physically restrained and escorted to medical as a RHU inmate per. OP841.4 and OP420. Use of Restraints, despite me causing no current or immediate disruptions to the facility.

14. Greene ordered that I be put in handcuffs behind my back in retaliation so there was no way for me to have my rotator cuff assessed and against my medical Order to "not rear cuff" me, and shakles put on my ankles.

15. Greene then made me walk in pains all the

way across the SX1 Prison, to medical w/hand cuffs behind my back and in shakles while I was in pains extremely in my left shoulder (Rotator Cuff that was injured), humiliation, and emotionally paranoid and anxious, that my shoulder was getting worst because of these orders by Greene.

16. I finally seen the Nurse Practioner and she ordered Pain medication and Greene ordered that I walk "back" all the way to HU-3A in pains and restraints as stated intra.

17. Greene had on a "rain coat" now on our way out the medical Support Building and kept laughing pulling my injured arm (left) w/ tugging it, and when me, and the other staff, and inmates, seen it raining extremely hard outside, me and the other inmates said "C'mon man, we need to wait until the rain clears up" but Greene said "Nope. This what you get for trying to write me up" and Greene pulled on my arm to go in the pouring down rain. (Adverse Action).

18. As I tried to walk in the thunder storm, Greene had my left arm gripped extremely tight and his face close to my face, and he said "Pay backs a bitch" and Greene slammed me on the concrete in the pouring down rain and landed on top of me as my shoulder made a "popping noise" and began burning like pains.

19. Greene then yelled "Get up now Mother fucker" and kept pulling my arm up and slamming me on the concrete ground as I sighed in pain defenseless as Greene continued to assault me.

20. Captain (Cpt.) Turner and Sargent (Sgt.) Pearson seen Greene assaulting me and immediately pulled Greene off of me and helped me up off the ground when they seen the excessive force.

21. I was taken back to HU-3A and was told that medical would be notified of my swollen-cut wrists, shoulder pains, and to overall assess me after a Use Of Restraint is used. (causation).

E. <u>Exhaustion of Administrative Remedies</u>

pg #7 of 10

1. I used all administrative grievance remedies to fully exhaust Greene's retaliatory actions of slamming me on August 4, 2022 through Grievance NO. SXI-22-Reg-00066.

2. In the Written Complaint process the Cpt. stated he had to "instruct Green to step aside while Sgt. Pearson and himself assisted me off the ground," and I requested Video footage be saved.

3. The Grievance level One Respondant Unfounded my claims and I appealed, and so did the Eastern Region Administrator.

F. Legal Claims

1. Green assaulted me and slammed me on my injured Rotator cuff on August 4, 2022 in retaliation for filing Grievances against him prior to pending investigation for his sexual harrassment and Constitutes Excessive force in violation of my 8th Amendment to the U.S.C. and in retaliation for accessing protected activity (Grievance Procedure) which also violates my 1st Amendment to the U.S.C.

pg #8 of 10

to be Free from retaliation.

G. _Prayer for Relief_

1. Plaintiff has no plain remedy, plain, adequate at law to redress the wrongs described herein.

   WHEREFORE, plaintiff Benjamin Carter #159/524 respectfully prays that this court enter judgement;

2. Granting plaintiff a declaration that the acts and omissions described herein violate my rights under the United States Constitution.

3. Nominal Damages in the Amount Of $1.00 against Green

4. Punitive Damages in the amount of $100,000.00 against Green

5. Compensatory Damages in the amount of $100,000.00 against Green

6. A Jury Trial on all Issues

pg #9 of 10

7. All plaintiffs Costs in this Suit.

8. All Attorney fee's

9. Any additional relief this court deems just, proper, and equitable.

H. Verification

1. I have read the foregoing complaint and hereby verify that the matters alleged therein are true, except to those matters alleged on information and belief, and as to those, I believe them to be true and correct.

2. I verify pursuant to 28 U.S.C. §1746, under penalty of perjury that the foregoing is True and Correct.

Respectfully Submitted,

By: _____ #1591524

November 30, 2023

pg #10 of 10